**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 1, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00489-CR

---

### CALVIN DEWAYNE FULLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1358613**

---

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of aggravated assault of a family member. Subsequently, the trial court granted appellant's motion for new trial. Appellant has filed a motion to dismiss his appeal for want of jurisdiction.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v.*

*State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.). Because appellant has been granted a new trial, there is no final conviction to appeal.

Accordingly, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Boyce, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).